JS-6

FILED
CLERK, U.S. DISTRICT COURT

5/13/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL MATHIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES COUNTY SHERIFF DEPT.,<br><br>　　　　Defendants. | CASE NO. 2:19-CV-01956-GW (SK)<br><br>**JUDGMENT** |

　　　　Pursuant to the Order Dismissing Action for Lack of Prosecution, **IT IS ADJUDGED** that the complaint is dismissed and this action dismissed without prejudice.

DATED: May 13, 2019

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. GEORGE H. WU
　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE